957 So.2d 1188 (2007)
Billy CULPEPPER, Appellant,
v.
The STATE of Florida, Appellee.
No. 3D06-3214.
District Court of Appeal of Florida, Third District.
February 21, 2007.
Rehearing and Rehearing Denied June 14, 2007.
Billy Culpepper, in proper person.
Bill McCollum, Attorney General, for appellee.
Before GERSTEN, GREEN, and FLETCHER, JJ.
Rehearing and Rehearing En Banc Denied June 14, 2007.
PER CURIAM.
Affirmed. See Parks v. State, 944 So.2d 1230 (Fla. 5th DCA, 2006).